# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Branch Banking and Trust Company,<br><br>               Plaintiff,<br><br>vs.<br><br>James Hammer, et al.<br><br>               Defendants. | Case No. 2:15-cv-0573-MMD-NJK |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 29, 2017, this court received a transcript order from Erika Pike Turner, Esq, counsel for defendants, requesting production of a transcript of a settlement conference held on June 28, 2017, in which a portion of the proceeding is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by defendants' counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk until further order of this Court.

**IT IS FURTHER ORDERED** that defendants' counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this __10th__ day of July, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge