Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775-327-3000
775-786-6179 – fax
jnork@hollandhart.com
fzlaforge@hollandhart.com

Attorneys for Plaintiff/Counter-defendant Branch Banking and Trust Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>    Plaintiff/Counter-defendant<br><br>v.<br><br>JAMES D. HAMMER, an individual; BIG INVESTORS, LLC, a Nevada limited liability corporation; and DOES 1 through 10, inclusive.<br><br>    Defendants/Counter-claimants. | Case No. 2:15-cv-00573-MMD-NJK<br><br>Consolidated with:<br>Case No. 2:15-cv-00574-MMD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>WESTAR PROPERTIES, a Nevada corporation; JAMES D. HAMMER, an individual; JAMES MESERVEY, an individual; JAMES AND JOANNE HAMMER, Trustees of the HAMMER FAMILY TRUST dated March 13, 2000; JAMES AND ROZANNE MESERVEY, Trustees of the MESERVEY FAMILY TRUST dated December 16, 1994; and DOES 1 through 10, inclusive.<br><br>    Defendants/Counter-claimants. | |

Plaintiff/Counter-defendant and Defendants/Counter-claimants, by and through their respective attorneys, hereby stipulate and agree that this consolidated action shall be dismissed

in its entirety without prejudice, with each of the parties bearing their own attorneys' fees and costs.

DATED: October 30, 2017.

/s/ Jeremy J. Nork
Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775/327-3000
Fax 775/786-6179
Attorneys for Plaintiff /Counter-defendant

DATED: August 30, 2017.

/s/ Erika Pike Turner
Erika Pike Turner (SBN 6454)
Michael R. Esposito (SBN 13482)
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel. 702/ 777-3000
Fax 702/ 777-3112
Attorneys for Defendants/Counter-claimants

**ORDER**

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED: December 22, 2017